PAUL CUPROWSKI, *ET AL.*, PLAINTIFFS-PETITIONERS, v. CITY OF JERSEY CITY, *ET AL.*, DEFENDANTS - RE-SPONDENTS.

*Messrs. Gordon & Kanengiser* for the petitioners.

*Mr. James F. Ryan* for the respondents.

May 6, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LEO ROGAN AND JOSEPH A. SODANO, DEFENDANTS-PETI-TIONERS.

*Mr. Norman Fischbein* for the petitioners.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the re-spondent.

May 14, 1968. Denied.

STATE OF NEW JERSEY, BY THE STATE HIGHWAY COM-MISSIONER, PLAINTIFF-RESPONDENT, v. MARGARET HAILES, DEFENDANT-PETITIONER, v. FLEMINGTON NATIONAL BANK AND TRUST COMPANY, *ET AL.*, DE-FENDANTS.

*Mr. Arthur E. Dienst* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Philip S. Carchman* for the respondent.

May 14, 1968. Denied.